In the Matter of ANTHONY W. MAZZARELLA.— The Justice of the Supreme Court and the Bar Association, three years and several months after disbarment, recommend reinstatement. Motion granted, petitioner reinstated and his name ordered to be restored to the roll of attorneys.

Lazansky, P. J., Hagarty and Taylor, JJ., concur; Carswell and Adel, JJ., dissent and vote to deny the motion.